AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 MAY 30 PM 1:20
CLERK
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:18-cr-61-1 |
| Sam Bent | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sam Bent,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  conspiracy to distribute cocaine, LSD, MDMA and marijuana; PWID schedule 1 controlled drugs; money laundering

Date:   05/24/2018

*Lisa Wright*
*Issuing officer's signature*

City and state:   Burlington, VT

Lisa Wright, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/18, and the person was arrested on *(date)* 5/30/18
at *(city and state)* Burlington, VT.

Date: 05/30/18

*Arresting officer's signature*

David A. Rice DUSM
*Printed name and title*