UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 5:18-cr-61-1-2 |
| | ) |
| SAM BENT and | ) |
| DJENEBA BENT, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

NOW COMES Stephanie M. Greenlees, Esq., attorney for Defendant Sam Bent, and hereby certifies that on this 25th day of October, 2018, I filed Defendant's Motion to Extend Motions Filing Deadline with the Clerk of the Court in the above captioned matter using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties: AUSA Michael P. Drescher *via* michael.drescher@usdoj.gov and AFPD David L. McColgin *via* David_McColgin@fd.org.

KAPLAN AND KAPLAN

By: */s/ Stephanie M. Greenlees*
Stephanie M. Greenlees, Esq.
Attorney for Defendant
95 Saint Paul St., Suite 405
Burlington, VT 05401
(802) 651-0013
(802) 863-7020 (f)
sgreenlees@kaplanlawvt.com

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
PO BOX 405
BURLINGTON, VT 05402
(802) 651-0013