UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>)<br>SAM BENT and                   )<br>DJENEBA BENT,               )<br>    Defendants.                )  | No. 5:18-cr-61-1-2 |

### ORDER RE: DEFENDANT'S MOTION TO EXTEND MOTION FILING DEADLINE

Pursuant to 18 U.S.C. §3161(h)(1)(D), and defense counsel's need for additional time to obtain discovery from the government, the Court finds that the ends of justice are best served by granting a thirty (30) day extension of the pretrial motion deadline. The Court further finds that such extension outweighs the best interests of the Defendants and the public in a speedy trial given. The Defendant does not object to the exclusion of time from the Speedy Trial Act period.

Accordingly, the Defendant's Motion to Extend Motions Filing Deadline is GRANTED and, pursuant to 18 U.S.C. §3161(h)(1)(D), it is FURTHER ORDERED that the period of delay resulting from the continuance shall be excludable in computing the time in which the trial in this cause must commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on January 3, 2019 and shall continue through February 4, 2019.

DATED at Rutland, Vermont this ____ day of _____, 2019.

_____
United States District Court Judge



KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
PO BOX 405
BURLINGTON, VT 05402
(802) 651-0013