UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>SAM BENT and )<br>DJENEBA BENT, )<br>    Defendants. ) | No. 5:18-cr-61-1-2 |

## CERTIFICATE OF SERVICE

NOW COMES Stephanie M. Greenlees, Esq., attorney for Defendant Sam Bent, and hereby certifies that on this 4th day of February, 2019, I filed <u>Defendant's Motion to Suppress and Request for *Franks* Hearing</u> with the Clerk of the Court in the above captioned matter using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties: AUSA Michael P. Drescher *via* michael.drescher@usdoj.gov and AFPD David L. McColgin *via* David_McColgin@fd.org.

KAPLAN AND KAPLAN

By: */s/ Stephanie M. Greenlees*
Stephanie M. Greenlees, Esq.
Attorney for Defendant
95 Saint Paul St., Suite 405
Burlington, VT 05401
(802) 651-0013
(802) 863-7020 (f)
sgreenlees@kaplanlawvt.com

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013