# EXHIBIT B

 

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/15/2018 12:15 EDT

Page 1 of 2

**CASE NUMBER**
NT13LR18NT0001

**CASE OPENED**
3/26/2018

**CURRENT CASE TITLE**
Investigation of "2Happytimes2"

**REPORT TITLE**
Information received from the Orleans, VT Post Office

**REPORTED BY**
Jamie West
SPECIAL AGENT

**APPROVED BY**
Fred Divigard
RESIDENT AGENT IN CHARGE

**DATE APPROVED**
5/14/2018

## SYNOPSIS

In March 2018, HSI Derby Line, Vermont received information that the user(s) of the screen name "2Happytimes2" may by distributing narcotics illegally via the use of the dark web.

This report of investigation serves to document information received from the Orleans, VT Post Office and the interview of Imre Bogar.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Investigation of "2Happytimes2" | NT13LR18NT0001-004 | 5/14/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/15/2018 12:15 EDT

Page 2 of 2

## DETAILS OF INVESTIGATION

In March 2018, HSI Derby Line, Vermont received information that the user(s) of the screen name "2Happytimes2" may by distributing narcotics illegally via the use of the dark web. HSI Derby line has learned that P.O. Box 22 in East Burke, VT and the physical address of 3585 Darling Hill Road in East Burke, VT is associated with this investigation.

On March 23, 2018, Inspector Dunham received a telephone call from Carmen Riendeau of the Orleans, VT Post Office. Riendeau advised that Clerk Imre Bogar reported that on March 22, 2018, a woman shipped eight parcels with fictitious return addresses. Clerk Bogar identified the return addresses as fictitious because he was aware that the listed streets did not exist in the listed towns. She also advised that the parcels had been shipped the previous night.

On March 26, 2018, Nancy Cote advised Inspector Dunham that Djeneba Bent had received a package at P.O. Box 22 at the East Burke, VT Post Office. The reporting agent obtained a DMV photograph of Djeneba Bent.

The reporting agent then traveled to the Orleans, VT Post Office and showed Bogar the photograph of Bent. Bogar informed the reporting agent that he was 95 percent sure it was the same female who had mailed the parcels on March 22, 2018.

On March 27, 2018, the reporting agent and Inspector Dunham spoke to postal clerk Lisa Smith-Bean. The officers showed her a photograph of Djeneba Bent and she stated that Djeneba Bent received international parcels at the P.O. Box in the past, but now she comes in about once a month to mail out parcels.

DISPOSITON: Pending further investigation.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Investigation of "2Happytimes2" | NT13LR18NT0001-004 | 5/14/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000069