# EXHIBIT D




05/15/2018 12:17 EDT

Page 1 of 3

**CASE NUMBER**
NT13LR18NT0001

**CASE OPENED**
3/26/2018

**CURRENT CASE TITLE**
Investigation of "2Happytimes2"

**REPORT TITLE**
Search of abandoned trash at 3585 Darling Hill Rd East Burke, VT

**REPORTED BY**
Jamie West
SPECIAL AGENT

**APPROVED BY**
Fred Divigard
RESIDENT AGENT IN CHARGE

**DATE APPROVED**
5/14/2018

**SYNOPSIS**

In March 2018, HSI Derby Line, Vermont received information that the user(s) of the screen name "2Happytimes2" may by distributing narcotics illegally via the use of the dark web.

This report of investigation serves to document the search of the trash at 3585 Darling Hill Road in East Burke, VT.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Investigation of "2Happytimes2" | NT13LR18NT0001-006 | 5/14/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000073

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

In March 2018, HSI Derby Line, Vermont received information that the user(s) of the screen name "2Happytimes2" may by distributing narcotics illegally via the use of the dark web. HSI Derby line has learned that P.O. Box 22 in East Burke, VT and the physical address of 3585 Darling Hill Road in East Burke, VT is associated with this investigation.

On March 27, 2018, the reporting agent drove to the residence and noticed the trash at the roadside in a black receptacle.

Also on March 27, 2018, the reporting agent and Inspector Dunham met with an employee at the West Burke recycling center. The reporting agent verified that the collection bay of the trash collection vehicle was empty and photographed it. The reporting agent accompanied the employee in the trash collection vehicle while Inspector Dunham followed in his unmarked law enforcement vehicle. The reporting agent and Inspector Dunham witnessed the collection vehicle approach the trash receptacle near the driveway of the residence at 3585 Darling Hill Road East Burke, VT. The employee exited the vehicle and removed two trash bags from the receptacle and put them in the collection bay of the vehicle. The vehicle then traveled approximately half a mile and pulled over, where the reporting agent and Inspector Dunham took possession of the two bags of trash. The reporting agent and Inspector Dunham traveled to the Vermont State Police barracks in St. Johnsbury, VT and examined the contents of the trash bags. Of interest in the investigation, officers discovered the following:

1. Three used rubber gloves
2. Three shipping envelops that were shipped from Spain, two addressed to Elizabeth Jones 1702 Springdale Rd Dublin, GA 31021 USA and one addressed to Sam Bent P.O. Box 22 East Burke, VT 05832 USA
3. Two Amazon shipping envelopes addressed to Sam Bent 3585 Darling Hill Rd East Burke, VT 05832.
4. Bubble wrap with a sticker with a barcode and "NextG USB-Yagi Plug...e WiFi antenna 2200mW" typed on it.
5. A US Postal Service Priority Mail shipping envelope addressed to The Lovely Djeneba Bent P.O. Box 22 East Burke, VT 05832-6022 with a return address of Brittney Serrano 13320 Cori Loop Spring Hill, FL 34609.
6. One clear plastic bag with a white powder residue.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Investigation of "2Happytimes2" | NT13LR18NT0001-006 | 5/14/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000074




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/15/2018 12:17 EDT

Page 3 of 3

It should be noted that on April 2, 2018, Forensic Chemist Wendy P. Alger reported to the reporting agent that the unknown powder was examined and was found to contain no regulated substances.

DISPOSITION: Pending further investigation.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Investigation of "2Happytimes2" | NT13LR18NT0001-006 | 5/14/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000075