# EXHIBIT E(3)

# Narcotics Investigation





www.sirchie.com



# Narcotics Investigation Safety

As the opioid epidemic grows and becomes more dangerous to law enforcement and first responders, our goal is to make you as safe as possible. We've reviewed the Drug Enforcement Administration (DEA) and the Centers for Disease Control (CDC) guidelines for handling fentanyl, carfentanil and acetyl-fentanyl.

Building from guidelines offered by the Drug Enforcement Administration (DEA), the Centers for Disease Control (CDC), and the manufacturers of pharmaceutical fentanyl, we offer solutions under our NARKsafe™ product line.

NARKsafe™ solutions are designed to help keep you and your team safe while handling, packaging, transporting, testing, and storing potential fentanyl, carfentanil, acetyl-fentanyl, and other dangerous substances.

**For more information about these guidelines, please see:**

- Fentanyl: A Briefing Guide for First Responders, DEA https://www.dea.gov/druginfo/Fentanyl_BriefingGuideforFirstResponders_June2017.pdf
- Fentanyl: Preventing Occupational Exposure to Emergency Responders, CDC https://www.cdc.gov/niosh/topics/fentanyl/default.html




**Fentanyl Facts:**

- Fentanyl is a synthetic opioid developed as pain management treatment
- 50 to 100 times more potent than morphine and 25 to 40 times more potent than heroin
- Appearance: usually white powder similar to methamphetamine and cocaine
- Fentanyl is a Schedule II substance (Heroin is Schedule I)
- Attractive to drug abusers due to its intense high
- Street names: China Girl, China White, Goodfella, Apache, TNT, Tango & Cash, Dance Fever, Jackpot
- Trade Names: Actiq®, Fentora™, Duragesic®, Sublimaze®
- Clandestinely produced and either cut into heroin or mixed with other adulterants and sold as heroin
- Signs of opioid overdose: pinpoint pupils, respiratory depression and unconsciousness
- Antidote: Narcan (Naloxone) availability: https://www.bjatraining.org/tools/naloxone/Naloxone-Background

**Carfentanil Facts:**

- 100 times more powerful than fentanyl
- Medically used to sedate large animals such as buffalo and elephants
- Two milligrams of carfentanil can sedate a 2,000 pound African elephant



# Table of Contents

| | |
|---|---|
| NARKsafe™ Protection, Packaging & Testing | 4-7 |
| Personal Protection | 8-13 |
| Evidence Packaging & Transportation | 14-17 |
| Presumptive Identification | 18-20 |
| Surveillance | 21 |
| Disguised Surveillance Vehicles | 22 |
| SWAT Vehicles | 23 |
| Rapid Deployment Vehicles | 24 |
| Mobile Crime Laboratory | 25 |
| Prisoner Transport Vehicles | 26 |

### NARK Single-Use Powder Substance Packaging, Transport, Testing Kit



Following DEA and CDC guidelines, we developed this one-time use PPE Kit to be used specifically around powdery substances that could contain fentanyl, carfentanil, or other powerful opioid-based substances.

*See Page 4 for details!*

### Fentanyl Reagent

Fentanyl Reagent presumptive test is designed to identify either Fentanyl or Acetyl-fentanyl which is commonly cut into Heroin or sold as a stand alone substance. Fentanyl is a fully synthetic opiate that falls under Schedule II in the Controlled Substance Act.



*See Page 17 for details!*

### NARKsafe™ Illicit Substance Testing Workstation

NARKsafe™ fume hood enclosures are ideal for protecting professionals during the forensic analysis of fentanyl and other dangerous substances.

*See Page 7 for details!*



# Presumptive Identification

Our NARK drug reagent kits can help trained law enforcement officers to presumptively identify several families of substances that could be abused drugs. Each of these tests is comprised of one or more chemical reagents. When a color or series of colors occurs within a specific testing sequence, a positive identification may be presumed via test. Test results should be used in addition to the other probable cause established by the officer.

## Synthetic Cannabinoids Reagent

This solution identifies the "indole based formulations" of synthetic cannabinoids in a 2-step process. Indole formulas represent approximately 75% of the street substances. This test does not color react with non-indole formulations, which are less common. All substances should be sent for confirmatory testing by a forensic laboratory.

## MDPV Reagent

MDPV is a synthetic cathinone configuration recognized as a Schedule 1 substance. This specific field test will presumptively identify MDPV, Butylone, Ethylone, Methylone, Naphyrone, and Pentylone. Commonly found as a white to tan powder, these substances are being marketed and sold as everyday products like bath salts, stain remover, plant food, or glass cleaner. This is the most popular chemical configuration for "bath salts" products.

## Mephedrone Reagent



We recommend conducting this test after you have conducted the MDPV Reagent. This presumptive field test identifies Mephedrone, which is another substance marketed and sold as standard household substances like bath salts, stain removers, plant food, or glass cleaner.

## a-PVP Reagent



a-PVP is the cathinone formulation referred to on the street as "Flakka." Marketed and sold as household substances, packages containing a-PVP are similar to other "bath salt" substances and will often show the phrase "Not for Human Consumption" on the front of the package.

## 2C (N-BOMe's) Reagent



The 2C family of substances are psychedelics usually based on a combination of MDMA and LSD, which can lead to extremely intense and long-lasting highs.



## Fentanyl Reagent

Fentanyl Reagent presumptive test is designed to identify either Fentanyl or Acetyl-fentanyl which is commonly cut into Heroin or sold as a stand alone substance. Fentanyl is a fully synthetic opiate that falls under Schedule II in the Controlled Substance Act.



## The Dangers of Fentanyl

### What is it?
Fentanyl is a synthetic opiate with similar effects as heroin and morphine but 25 to 100 times stronger. It's used as an additive or sold as a substitute for heroin and it's a major contributor to a spike in overdoses across the U.S. and worldwide.

### What does it look like?
It's in a powder form and the color is usually white, off-white or tan. Its appearance can change significantly if it's combined with other drugs.

Prescribed forms of fentanyl are dermal patches (skin adhesives), lollipops, or under-the-tongue strips.

### Threat to first responders:
- Fentanyl can be absorbed in the body via contact with the skin.
- Deadly dose in pure form can be as small as a few grains of salt.
- Heroin and fentanyl are both water soluble. Wash hands thoroughly after any suspected exposure.

### Fentanyl Facts:

- Fentanyl is a synthetic opioid developed as pain management treatment
- 50 to 100 times more potent than morphine and 25 to 40 times more potent than heroin.
- Appearance: white powder similar to methamphetamine and cocaine
- Fentanyl is a Schedule II substance (Heroin is Schedule I)
- Attractive to drug abusers due to its intense high.
- Street names: China Girl, China White, Goodfella, Apache, TNT, Tango & Cash, Dance Fever, Jackpot
- Trade Names for Pharmaceutical forms of Fentanyl: Actiq®, Fentora™, Duragesic®, Sublimaze®
- Clandestine manufacturing of fentanyl in Mexico and Acetyl-Fentanyl out of China can be either cut into heroin or mixed with other adulterants and sold as heroin.
- Signs of opioid overdose: pinpoint pupils, respiratory depression and unconsciousness
- Antidote: Narcan (Naloxone)
- Recommended PPE: nitrile gloves, respirator masks and arms covered with clothing or Tyvek sleeves when working with suspected fentanyl