# EXHIBIT F



001524



001527


001528