# EXHIBIT E(2)

5:18-cr-00061-gwc    Document 23-5    Filed 02/06/19    Page 1 of 4

# NARK NEWS




*A Digital Newsletter for the Narcotics Investigator*

## What's Inside

*Volume 6 (August, 2013)*



- ▶ Synthetic Cannabinoid Field Test (Indole formulations)
- ▶ New Formulations of Synthetic Cannabinoids



- ▶ Updates to Existing and Additional New Synthetic Cathinones
- ▶ Testing Synthetic Cathinones (Bath Salts)



- ▶ Heroin...Fentanyl–What do we have?
- ▶ Quick Updates



- ▶ Additional New Field Tests




# NARK NEWS
*A Digital Newsletter for the Narcotics Investigator*

## Heroin . . . Fentanyl–What do we have?

Across the country we have seen an increasing amount of Heroin. Regardless of the geographic location, this substance is at its all-time high level and only seems to be increasing.

There are a number of reasons for this increase:

1. Nationwide addiction to opiates in general stemming from the years of oxycodone abuse.
2. Mexican DTO's and Colombian cartel growing of poppies and conversion to Heroin.
3. Increased purity which has added accepted forms of using the substance, both snorting and smoking.

However, with this increased popularity we also have to be aware of a dangerous cut and/or substitute that the Mexicans are placing in the Heroin, Fentanyl.

Years ago there was a rash of overdoses in the country from Fentanyl being cut into the Heroin. This led DEA Chicago Division to send out a warning directive to all agents. Initially they suspended all field testing of Heroin until a study was conducted to determine a safe way of testing. It was determined that all future testing would be conducted by the agents ONLY using nitrile gloves. Upon completion of the test, they would also need to wash their hands thoroughly. These precautions were warranted because standard latex gloves have air holes or imperfections that could allow for small amounts of substance to go through the gloves and be absorbed through small cuts on the agent's hands.

For those of you that have been administered Morphine for some medical reason, in a comparison between Morphine and Fentanyl, Fentanyl is many times stronger than Morphine. This is a substance not to be taken lightly. Because of the potential presence of Fentanyl, we strongly recommend all field testing of Heroin be conducted ONLY with the use of nitrile gloves.

Now that you're using nitrile gloves, let's look at what test you should use and how much substance should be tested. Heroin is a semi-synthetic opiate. Semi-synthetic because it comes originally from a plant (poppy), the resin or gum is removed from the pods and chemistry then converts the gum first to Morphine base and then to Heroin. Fentanyl on the other hand is a fully synthetic opiate which is manufactured

*cont. on next page*



**SIRCHIE®**
Products ▪ Vehicles ▪ Training

Phone: 800.356.7311, 919.554.2244
Fax: 800.899.8181, 919.554.2266
www.sirchie.com

### Suggestions for Nark News Topics
If you have any topic suggestions for upcoming editions of NARK News, please send them to: Jack Thorndike at jackthorndike@aol.com.

### Sign up for Nark News
Subscribing to NARK News is FREE. If your copy of the newsletter was forwarded to you or other officers within your department want to receive it, simply send a short note to Jack Thorndike at jackthorndike@aol.com. We will be pleased to add your name to future editions.



# NARK NEWS

*A Digital Newsletter for the Narcotics Investigator*



*Sirchie's NARK20011 Mecke's Modified Reagent*

**SIRCHIE**
Products • Vehicles • Training

Phone: 800.356.7311,
919.554.2244
Fax: 800.899.8181,
919.554.2266
www.sirchie.com



*For information on Sirchie's full line of disguised surveillance vehicles contact us at:*
*1-800-545-7375*
*or*
*vehicles@sirchie.com*

*Secure information is available online with a user name and password provided by our Vehicle Division*

in a laboratory. For this reason we recommend you start testing with the specific Heroin field test of Mecke's Reagent Modified (#NARK20011 – pouch; #NAR10016 – tube).

You also must be aware that SMALL amounts of substance must be used. Fentanyl potentially may create heat or expansion within the test. If either of these conditions exists, with the pouch configuration re-position the safety closure clip to a 45° angle, hold the pouch with the opening to be positioned away from you and allow the heat or pressure to vent. For the tube configuration, raise the safety closure cap to slightly loosen and allow the venting of either the heat or expansion around the cap. Once the pressure or heat has vented, reposition either the safety closure clip or cap and continue the field test.

A positive Heroin field test will turn a distinct Green color. However, much of the Heroin across the country is either a light tan to brown color. Some areas even have the very distinct black tar product. Due to the dark resin in these substances, the solvent (1st ampoule) will create a distinct tan to brown to black color. When you break the 2nd ampoule, the Green color has difficulty fighting through the darker resin for proper color recognition. In these cases, this is what we recommend that you do:

Pouches: Instead of having the printed side facing you, turn the test around so the back is now facing you. Turn the pouch upside down and lightly tap the pouch to allow the liquid to move to the "new" bottom of the pouch. Then view the Green color adhering to the glass shards (now at the "new" top of the pouch).

Tubes: Holding the safety closure cap firmly in place, turn the tube upside down and light tap the tube. The liquid will flow into the cap and view the Green color adhering to the glass shards at the "new" top of the tube.

If you do not receive a positive Green color, we recommend you move to the Special Opiate Reagent (#NARK20010 – pouch; #NAR10022 – tube). This test is designed specifically for fully synthetic opiates; oxycodone, oxycontin®, fentanyl and buprenorphine (Suboxone®). Due to the number of false positives this test allows for Heroin, we strongly recommend avoiding its use for semi-synthetic opiate (Heroin) and limit the testing to only full synthetic substances.