# EXHIBIT E(5)



| | Forensics ▾ | Vehicles ▾ | Training ▾ | Tactical ▾ | Bio-Identity ▾ | Surveillance ▾ |

Home ▸ NARK II Fentanyl Reagent



### NARK II Fentanyl Reagent
SKU: NARK20033

## $20.55

(+) Add to Wishlist

Quantity: 0

**ADD TO CART** 🛒

View Cart (0 Items)

   

## Description

**For Sale to Law Enforcement Only!**

**NARK Fentanyl Reagent** presumptive test is designed to identify either Fentanyl or Acetyl-fentanyl which is commonly cut into Heroin or sold as a stand alone substance. Fentanyl is a fully synthetic opiate that falls under Schedule II in the Controlled Substance Act.

Like all NARK narcotic field tests, the Fentanyl Reagent is a **presumptive** field drug testing. 10 tests/box.

**NOTE:** ALL TEST RESULTS MUST BE CONFIRMED BY AN APPROVED ANALYTICAL LABORATORY. The results of this test are merely presumptive. NARK® only tests for the possible presence of certain chemical compounds. Reactions may occur with, and such compounds can be found in, both legal and illegal products. This test must be administered following its specific instructions and may be used in conjunction with other reagents in the NARK® II Sequential Testing System.

### Special Considerations
- Restricted to LEO
- HAZMAT Shipping Ch

### Support Information
- 📄 Narcotics Investigation
- 📄 SDS NARK20033
- 📄 DEA Fentanyl Guide

### Share this Product

  

Home ▸ NARK II Fentanyl Reagent



NARK II Fentany[l]

SKU: NARK20033

**$20.55**

✦ Add to Wishlist

Quantity: 0

**ADD TO CART** 🛒

View Cart (0 Items)









## NARK II Fentany

SKU: NARK20033

## $20.55

Add to Wishlist

Quantity: 0

ADD TO CART

View Cart (0 Items)

