# EXHIBIT F



001524





001528