UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>     Plaintiff,    ) <br>     v.    ) <br>     ) <br>     ) <br> DJENEBA BENT,    ) <br>     Defendant.    ) | Case No. 5:18-CR-00061-02 |

## MOTION TO JOIN MOTION TO SUPPRESS EVIDENCE

Defendant Djeneba Bent, joins in the Motion to Suppress Physical Evidence and Statements (Doc. 22) which was filed on February 4, 2019, by Co-Defendant Sam Bent, to the extent arguments raised in Sam Bent's motion to suppress are applicable to Ms. Bent.

Dated:    February 7, 2019

                                        MICHAEL L. DESAUTELS
                                        Federal Public Defender


                        By:    */s/ David L. McColgin*
                                        David L. McColgin
                                        Assistant Federal Public Defender
                                        Office of the Federal Public Defender
                                        126 College Street, Suite 410
                                        Burlington, VT 05401
                                        802-862-6990
                                        Counsel for Djeneba Bent

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>       v. )<br>)<br>)<br>DJENEBA BENT, )<br>    Defendant. ) | Case No. 5:18-CR-00061-02 |

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2019, I electronically filed a **Motion to Join the Motion to Suppress Evidence** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Michael Drescher, Assistant United States Attorney, United States Attorney's Office via email at michael.drescher@usdoj.gov.

MICHAEL L. DESAUTELS
Federal Public Defender

By:   */s/ Samantha Barrett*
Samantha Barrett
Senior Legal Assistant
Office of the Federal Public Defender
126 College St., Ste. 410
Burlington, VT 05401