HUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 5:18-cr-61 |
| | ) | |
| SAM BENT and DJENEBA BENT, | ) | |
| Defendants. | ) | |

## MOTION TO SEAL INTERVIEW TRANSCRIPT EXHIBITS

The United States this day is filing an Opposition to Defendants' Motion to Suppress and for a Franks hearing. Two exhibits to that Opposition are transcripts of interviews with defendant Sam Bent. Because those transcripts reveal information that could shed light on investigative techniques and interests, and that also reveal information about Sam Bent that he may prefer to keep non-public, the United States moves for leave to file those exhibits under seal.

Respectfully submitted, this 5th day of March, 2019.

                          UNITED STATES OF
                          AMERICA

                          CHRISTINA NOLAN
                          United States Attorney
By:  /s/ *Michael P. Drescher*
                          Michael P. Drescher
                          Assistant U.S. Attorney
                          P.O. Box 570

        Burlington, VT 05402-0570
        (802) 951-6725
        <u>Michael.Drescher@usdoj.gov</u>