| | |
|---|---|
| **From:** | Royea, Suellen |
| **To:** | jamie.l.west@ ; Drescher, Michael (USAVT) |
| **Subject:** | NT13LR18NT0001 |
| **Date:** | Wednesday, April 4, 2018 2:58:24 PM |
| **Attachments:** | NT13LR18NT0001 V18-623-1 Drugs.pdf |

Attached please find the completed lab report for Case #**NT13LR18NT0001.**

Please feel free to reach out to the Vermont Forensic Laboratory should you have any questions.

Suellen Royea
Administrative Assistant
Criminal Justice Services
VT Forensic Laboratory
45 State Drive (formerly known as 103 South Main Street)
Waterbury, VT 05671-1300
802-244-8788 (Main Line)
802-24 (Direct Line)
802-241-5557 (Fax)

**Please note email address:**

*The information transmitted by the following e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at 802-244-8788 and delete the communication from any computer or network system.*



STATE OF VERMONT  
DEPARTMENT OF PUBLIC SAFETY  
45 STATE DRIVE  
WATERBURY, VERMONT 05676-0047

TEL: (802) 244-8788  
FAX: (802) 241-5557  
E-MAIL:  

http://vfl.vermont.gov

NT13LR18NT0001

To:  Chief  
U.S. Department of Homeland Security

DATE:  April 2, 2018  
CASE NUMBER:  NT13LR18NT0001

,  Report

This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.

**Re:**

Offense(s):  **Regulated Drug**

Examination Requested By:  **Jamie West**  
Reference:  **V18-623-1**  
Examination(s) Requested:  **Drugs**

**Specimens:**

Item A1: One (1) sealed plastic evidence bag with a VFL sticker marked "V18-623" and "A1" holding one (1) plastic evidence bag holding:  
Item A1-1: One (1) plastic bag, open, holding white residue.

**Results and Conclusions of Examinations:**

Item A1-1 was found to contain no regulated substances.

Testing performed on non-controlled substances is outside of the laboratory's current scope of accreditation.

The chain of custody documents available at the laboratory should be referenced for evidence tracking and disposition of evidence.

Testing documentation supports the results detailed in this report. The original supporting documentation is available for review at the laboratory and may consist of worksheets, notes, instrument tracings, and photographs.

*Wendy P. Alger*  
Wendy P. Alger  
Forensic Chemist IV

cc:  Drescher, Michael <U.S. Attorney>