UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:18-cr-61-1-2 |
| | ) | |
| SAM BENT and | ) | |
| DJENEBA BENT, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

NOW COMES Stephanie M. Greenlees, Esq., attorney for Defendant Sam Bent, and

hereby certifies that on this 14th day of March, 2019, I filed Defendant's Motion to Subpoena

Witnesses and for Production of Documents with the Clerk of the Court in the above captioned

matter using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via

Notice of Electronic Filing (NEF) to the following NEF parties: AUSA Michael P. Drescher *via*

michael.drescher@usdoj.gov and AFPD David L. McColgin *via* David_McColgin@fd.org.

KAPLAN AND KAPLAN

By: */s/ Stephanie M. Greenlees*
Stephanie M. Greenlees, Esq.
Attorney for Defendant
95 Saint Paul St., Suite 405
Burlington, VT 05401
(802) 651-0013
(802) 863-7020 (f)
sgreenlees@kaplanlawvt.com



KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA · SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013