## Proof of Service

Case Name: USA v. Bent, Sam r.
Case No.  5:18-cr-61-1

I, Sam Bent declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that I have mailed a copy of the Letter/motion to the following address:

Hon. Geoffrey W. Crawford
P.O. Box 478
Rutland, VT 05702-0478

This was done by placing it into an envelope and putting the envelope in the mail box in unit:
J-A

Located at:

Federal Medical Center Devens
Ayer, Ma 01432

On:  4 / 14 / 20

Sam Bent